**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| RONALD D. SANDERS,<br><br>                  Plaintiff,<br><br>vs.<br><br>ACE MEDICAL TRANSPORT, INC.,<br><br>                  Defendant. | CIVIL ACTION FILE<br><br>NO. 1:11-cv-1735-JOF |

## **DEFAULT JUDGMENT**

      The defendant ACE Medical Transport, Inc., having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, the Honorable J. Owen Forrester, United States District Judge, by order of August 6, 2013, having directed that judgment issue in favor of plaintiff and against the defendant, it is hereby

      ORDERED AND ADJUDGED, that the plaintiff, Ronald Sanders, recover from the defendant, the amount of $4,255 in damages; $4,000 for attorney's fees and $350 for the cost of filing the complaint – a total of $8,605.

      Dated at Atlanta, Georgia this 6th day of August, 2013.

                                                        JAMES N. HATTEN
                                                          CLERK OF COURT

                                  By:    s/ James Jarvis
                                                       Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   August 7, 2013
James N. Hatten
Clerk of Court


By:    s/ James Jarvis
        Deputy Clerk